**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**DANIEL LINDER**,                                                Court File No.  25-CV-2839 (SRN/DLM)

      Plaintiff,

   v.

                                        **ORDER**

**EQUIFAX INFORMATION**
**SERVICES, LLC, TRANSUNION**
**LLC, AND ALLY FINANCIAL INC.**,

      Defendants.

---

Pursuant to the Joint Request for Dismissal with Prejudice (Doc. No. 50) filed by Plaintiff Daniel Linder, and Defendant Equifax Information Services, LLC, and for good cause,

**IT IS HEREBY ORDERED** that Plaintiff's claims asserted in this action against Defendant Equifax Information Services, LLC, (only), including all claims for attorney fees and costs, are hereby **DISMISSED with prejudice**.

Dated: <u>Tuesday, June 23, 2026</u>                  *s/ Susan Richard Nelson*
                                                   Susan Richard Nelson
                                                   United States District Judge