## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**DANIEL LINDER**,                                    Court File No.  25-CV-2839 (SRN/DLM)

      Plaintiff,

    v.

                                            **ORDER**

**TRANSUNION LLC, AND ALLY
FINANCIAL INC.**,

      Defendants.

---

Pursuant to the Joint Request for Dismissal with Prejudice (Doc. No. 52) filed by

Plaintiff Daniel Linder, and Defendant Trans Union LLC, and for good cause,

**IT IS HEREBY ORDERED** that Plaintiff's claims asserted in this action against

Defendant Trans Union LLC, (only), including all claims for attorney fees and costs, are

hereby **DISMISSED with prejudice**.

Dated:  Wednesday, June 24, 2026                    *s/ Susan Richard Nelson*
                                                    Susan Richard Nelson
                                                    United States District Judge