# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**DANIEL LINDER**,                                  Court File No.  25-CV-2839 (SRN/DLM)

      Plaintiff,

  v.

                                    **ORDER**

**ALLY FINANCIAL INC.**,

      Defendant.

---

Pursuant to the Joint Request for Dismissal with Prejudice (Doc. No. 58) filed by Plaintiff Daniel Linder, and Defendant Ally Financial Inc., and for good cause,

**IT IS HEREBY ORDERED** that Plaintiff's claims asserted in this action against Defendant Ally Financial Inc., including all claims for attorney fees and costs, are hereby **DISMISSED with prejudice**.

Dated:  Thursday, July 2, 2026           *s/ Susan Richard Nelson*
                                          Susan Richard Nelson
                                          United States District Judge